# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

BJORKSTRAND T. AARON,         No. CIV S-08-1531-CMK-P

    Plaintiff,

  vs.         <u>ORDER TO SHOW CAUSE</u>

DANIEL T. DUBOSE, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On July 17, 2008, the court directed plaintiff to resolve the fee status for this case within 30 days of the date of the order.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.  To date, plaintiff has not complied by either paying the full filing fee or filing a complete application for leave to proceed in forma pauperis.

        Plaintiff will be required to show cause regarding failure to comply with the court's orders and is again warned that failure to respond to this order may result in dismissal of the action.  <u>See Local Rule 11-110.  The payment of the full filing fee or the filing of a completed application for leave to proceed in forma pauperis within the time provided herein will constitute</u>

1

an adequate response to this order to show cause.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and/or court orders.

DATED: August 29, 2008

                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE