IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON T. BJORKSTRAND, | No. CIV S-08-1531-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL T. DUBOSE, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2008, the court directed plaintiff to resolve the fee status for this case within 30 days. As of August 28, 2008, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders. On September 17, 2008, plaintiff submitted documents necessary to complete his application for leave to proceed in forma pauperis. Accordingly, the order to show cause will be discharged.

      Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.     The court's August 29, 2008, order to show cause is discharged;

3       2.     Plaintiff's motion for leave to proceed in forma pauperis is granted;

4       3.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

      4.     No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

      5.     Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: September 23, 2008

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE