1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  AARON T. BJORKSTRAND,                   No. CIV S-08-1531-CMK-P

12              Plaintiff,

13       vs.                                <u>ORDER</u>

14  DANIEL T. DUBOSE, et al.,

15              Defendants.

16  _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  On October 29, 2008, the court directed plaintiff to file an amended

19  complaint within 30 days.  Plaintiff was warned that failure to file an amended complaint may

20  result in dismissal of this action for lack of prosecution and failure to comply with court rules

21  and orders.  To date, plaintiff has not filed an amended complaint.  Plaintiff shall show cause in

22  writing, within 30 days of the date of this order, why this action should not be dismissed for

23  failure to file an amended complaint.  Plaintiff is again warned that failure to respond to this

24  order may result in dismissal for the reasons outlined above, as well as failure to prosecute and

25  / / /

26  / / /

1

1   comply with court rules and orders.  See Local Rule 11-110.

2

3                IT IS SO ORDERED.

4

5    DATED:  December 2, 2008

6                                                    _____
                                                     **CRAIG M. KELLISON**
7                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26